# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN D. FRANCIS,<br><br>          Plaintiff,<br><br>    v.<br><br>R. GILL, et al.,<br><br>          Defendants. | CASE NO. 1:12-cv-00748-AWI-SAB (PC)<br><br>ORDER DISMISSING CERTAIN CLAIMS AND DEFENDANTS, AND REFERRING MATTER BACK TO MAGISTRATE JUDGE TO INITIATE SERVICE OF PROCESS<br><br>(ECF Nos. 14 & 17) |

Plaintiff John D. Francis ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On February 22, 2013, the Court screened Plaintiff's complaint, and found that it states a claim against Defendants R. Gill, D.O., C. McCabe, M.D., W. Ulit, M.D., and CMO Jeffery Wang, M.D. for deliberate indifference to his serious medical needs in violation of the Eighth Amendment, but does not state any other claims for relief under section 1983. 28 U.S.C. § 1915A. (ECF No. 17.) Plaintiff was ordered to either file an amended complaint or notify the Court of his willingness to proceed only on the claim found to be cognizable. On March 18, 2013, Plaintiff filed a notice stating that he does not wish to amend and is willing to proceed only on his cognizable deliberate indifference claim.

Accordingly, based on Plaintiff's notice, it is HEREBY ORDERED that:

1. This action shall proceed as one for damages against Defendants R. Gill, D.O., C. McCabe, M.D., W. Ulit, M.D., and CMO Jeffery Wang, M.D. for deliberate indifference to his serious medical needs, in violation of the Eighth Amendment;

1

2. Plaintiff's claims against Defendants J. Yu, D.O., Eger Clerk, M.D., B. Burr, Teresa Macias, CEO, L. Karen, M.D., and the doctors on the MARS committee are dismissed for failure to state a claim; and

3. This matter is referred back to the Magistrate Judge to initiate service of process proceedings.

IT IS SO ORDERED.

Dated: March 26, 2013

SENIOR DISTRICT JUDGE