UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN D. FRANCIS,<br><br>            Plaintiff,<br><br>     v.<br><br>GILL, et al.,<br><br>            Defendants. | Case No.: 1:12-cv-00748-AWI-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS GILL AND ULIT TO FILE A FURTHER RESPONSE TO FIRST AMENDED COMPLAINT WITHIN TWENTY (20) DAYS FROM THE DATE OF SERVICE OF THIS ORDER<br><br>[ECF No. 29] |

Plaintiff John D. Francis is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 14, 2014, Defendants' motion to dismiss the complaint for failure to exhaust the administrative remedies was denied in part and granted in part, and the action was referred back to the undersigned for further proceedings. (ECF No. 29.)

Accordingly, within **twenty (20)** days from the date of service of this order, Defendants Gill and Ulit shall file a further response to first amended complaint filed November 15, 2012.

IT IS SO ORDERED.

   Dated:   **March 24, 2014**                              _____
                                                                              UNITED STATES MAGISTRATE JUDGE

1