UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN D. FRANCIS,<br><br>              Plaintiff,<br><br>       v.<br><br>GILL, et al.,<br><br>              Defendants. | Case No.: 1:12-cv-00748-AWI-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED |

Plaintiff John D. Francis is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This action is proceeding against Defendants Gill and Ulit for deliberate indifference to Plaintiff's serious medical needs in violation of the Eighth Amendment.

On March 14, 2014, the Court issued an order denying in part and granting in part Defendants' motion to dismiss the complaint. On March 24, 2014, the Court's order which was served on Plaintiff was returned as undeliverable with a notation that Plaintiff had "paroled." The Court's subsequent order issued March 24, 2014, which directed Defendants Gill and Ulit to file a further response to the first amended complaint, was also returned as undeliverable to Plaintiff. In addition, the Court's April 28, 2014, discovery and scheduling order issued on Plaintiff was also returned as undeliverable.

Plaintiff is required to keep the Court apprised of his current address at all times, and Local Rule 183(b) provides, "If mail directed to a plaintiff *in propria persona* by the Clerk is returned by the

U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute." Federal Rule of Civil Procedure 41(b) also provides for dismissal of an action for failure to prosecute. Courts may dismiss actions sua sponte under Rule 41(b) based on the plaintiff's failure to prosecute. <u>Hells Canyon Preservation Council v. U. S. Forest Serv.</u>, 403 F.3d 683, 689 (9th Cir. 2005) (citation omitted). Plaintiff's address change was due by May 26, 2014, but he failed to file one and he has not otherwise been in contact with the Court.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff is directed to show cause within **fourteen (14)** days why the action should not be dismissed for failure to prosecute this action.

IT IS SO ORDERED.

Dated:   **June 9, 2014**

UNITED STATES MAGISTRATE JUDGE